IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 12-cr-40108 JPG |
| MICHAEL A. LOVELL, | |
| Defendant. | |

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Michael A. Lovell's letter to the Court dated May 2, 2021 (Doc. 49), which the Court construes as a motion for sentence credit. The Court does not have jurisdiction to entertain this motion. Lovell is attacking the computation under 18 U.S.C. § 3585(b) of sentence credit for time served, a matter committed in the first instance to the Attorney General, through the Bureau of Prisons, not the sentencing court. *United States v. Wilson*, 503 U.S. 329, 334 (1992); *United States v. Walker*, 917 F.3d 989, 993-94 (7th Cir. 2019). If a prisoner disagrees with the Bureau of Prisons' computation of sentence credit, he may seek administrative review and then file a petition under 28 U.S.C. § 2241 in the district of his confinement. *Walker*, 917 F.3d at 994 (citing *Jake v. Herschberger*, 173 F.3d 1059, 1063 (7th Cir. 1999); *United States v. Koller*, 956 F.2d 1408, 1417 (7th Cir. 1992)). This Court does not have jurisdiction to give the defendant credit for the time in question. *See Walker*, 917 F.3d at 993-94 (citing *United States v. McGee*, 60 F.3d 1266, 1272 (7th Cir. 1995); *United States v. Ross*, 219 F.3d 592, 594 (7th Cir. 2000). For this reason, the Court **DISMISSES** Lovell's motion (Doc. 49).

**IT IS SO ORDERED.**
**DATED:  May 14, 2021**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **U.S. DISTRICT JUDGE**